THE PEOPLE ex rel. THE UNITED STATES TRUST COMPANY of New York, as Committee, etc., Appellant, *v.* EDWARD P. BARKER et al., as Commissioners, etc., Respondents.

(Argued March 13, 1893; decided March 24, 1893.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made January 12, 1893, which reversed an order of Special Term vacating an assessment for personal taxes upon the estate of Charles A. Langlois, a lunatic.

*Edward W. Sheldon* for appellant.

*David J. Dean* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.

———————

CATHARINE A. POPE, Respondent, v. SAMUEL A. BRIGGS, as Assignee, et al., Appellants.

(Argued March 13, 1893; decided March 24, 1893,)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made January 13, 1893, which affirmed an order of Special Term denying a motion by defendant, Samuel A. Briggs, for a stay of proceedings.

*Thomas Darlington* for appellants.

*Benjamin F. Edsall* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.